

FILED

APR 0 2 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-49-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM JOHN PULSE, | |
| Defendant. | |

Upon the Defendant's Motion to File Documents Under Seal (Doc. 34), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. The Defendant's Psychological Evaluation and two Polygraph Examinations shall be filed under seal.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 2nd day of April, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1